**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

LEONARD J. RICHARDS,

          Plaintiff,

v.

STATE OF MINNESOTA, by Lori R.
Swanson, its Attorney General; MIKE
HERMERDING, State Program
Administrative Manager Principal of the
Department of the State of Minnesota
("DOC"), in his individual and official
capacities; SHEILA PACKWOOD, Food
Program Director of the DOC, in her
individual and official capacities;
NANETTE M. LARSON, Health Services
Director of the DOC, in her individual and
official capacities; THOMAS A. ROY
(a/k/a Tom Roy), Commissioner of the
DOC, in his individual and official
capacities; MARK BRANDT DAYTON
(a/k/a Mark Dayton), Governor of the State
of Minnesota, in his official capacity;
STEPHEN F. SIMON (a/k/a Steve Simon),
Secretary of State of the State of Minnesota
(the "Secretary"), in his individual
capacity; BRADLEY K. ANDERSON
(a/k/a Brad Anderson), Election
Administrator of the Secretary, in his
individual capacity; and all persons in
concert with any of the defendants or on
their behalf,

          Defendants.

Civil No. 13-3029 (JRT/TNL)

**ORDER**

---

Leonard J. Richards, #149837, MCF- Oak Park Heights, 5329 North Osgood
Avenue, Stillwater, MN 55082, *pro se* plaintiff.

Scott A. Grosskreutz, Assistant Attorney General, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 455 Minnesota Street, Suite 1800, St. Paul, MN, 55101, for defendants.

Plaintiff filed a MOTION/REQUEST for Extension of Time (Docket No. 501) requesting a 60 day extension to the deadline for objections to the Report and Recommendation. The Court entered an order granting the request in part and extended the deadline for objections to September 11, 2017. The order also stated that no further extensions to the deadline would be granted. On September 7, 2017, the Court received plaintiff's Motion to Stay Proceedings or, Alternatively, to Extend Time (Docket No. 506) rather than any objections.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 28, 2017 (Docket No. 499), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.      Defendants' Motion for Summary Judgment (Docket No. 375) is **GRANTED**.

2.      Richards's request for relief under Rule 56(f)(1) is **DENIED**.

3.      Richard's Emergency Motion of Plaintiff for Restoration of Meals Delivered to   Housing Unit (Docket No. 402) is **DENIED.**

4.      Richards's Motion and Memorandum for Sanctions Against the State DOC Defendants and Their Attorneys Under Rule 56(h) (Docket No. 469) is **DENIED**.

5.      Richards's Motion to Strike the State Defendants' Improper Submission

(Docket No. 482) is **DENIED.**

6.      Richard's Motion to Stay, Motion for Extension of Time (Docket No. 506)

is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 19, 2017
at Minneapolis, Minnesota.                    s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court