UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| LEONARD J. RICHARDS, | Civil No. 13-3029 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, by Lori R. Swanson, its Attorney General; MIKE HERMERDING, State Program Administrative Manager Principal of the Department of the State of Minnesota ("DOC"), in his individual and official capacities; SHEILA PACKWOOD, Food Program Director of the DOC, in her individual and official capacities; NANETTE M. LARSON, Health Services Director of the DOC, in her individual and official capacities; THOMAS A. ROY (a/k/a Tom Roy), Commissioner of the DOC, in his individual and official capacities; MARK BRANDT DAYTON (a/k/a Mark Dayton), Governor of the State of Minnesota, in his official capacity; STEPHEN F. SIMON (a/k/a Steve Simon), Secretary of State of the State of Minnesota (the "Secretary"), in his individual capacity; BRADLEY K. ANDERSON (a/k/a Brad Anderson), Election Administrator of the Secretary, in his individual capacity; and all persons in concert with any of the defendants or on their behalf, | |
| Defendants. | |

_____

Leonard J. Richards, #149837, MCF - Oak Park Heights, 5329 North Osgood Avenue, Stillwater, MN 55082-1117, *pro se* plaintiff.

1

**IT IS HEREBY ORDERED** that the "motion for equalized access to the online docket" of plaintiff Leonard J. Richards [ECF No. 511] is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The Clerk's Office is directed to provide one free copy of the docket in this matter to Richards.

2. To the extent that Richards requests free copies of documents submitted and filed during the course of this litigation, the motion is denied. Richards may procure copies of documents from the Clerk's Office for the nominal fee applied to all litigants requesting copies of documents from the Court.

DATED: July 25, 2018
at Minneapolis, Minnesota.

                                                           s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                                Chief Judge
                                            United States District Court